UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Wesley Newman** *on behalf of himself and others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> **Kaila & Solomon Law Group, LLC** *doing business as* Guardian Law and **ClicTree LLC**, <br><br> Defendants. | Civil Action File No. <br><br> 1:25-cv-01471-WMR |

## ORDER

IT IS ORDERED that the Defendant ClicTree, LLC's Motion to Dismiss [Doc 10] is DENIED as being improperly filed. Corporations and Limited Liability Companies must have legal counsel represent them and they cannot file documents on their own behalf.

This 23rd day of June, 2025.

*/s/ William M. Ray, II*
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE