# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| WESLEY NEWMAN, on behalf of himself and others similarly situated, | : : : : |
| Plaintiff, | : : |
| v. | : : : |
| KAILA & SOLOMON LAW GROUP LLC d/b/a GUARDIAN LAW | : : : : |
| AND | : : : |
| CLICTREE LLC | : : : |
| Defendants. | : : / |

CIVIL ACTION FILE NO. 1:25-1471

## NOTICE OF SETTLEMENT AS TO KAILA
## & SOLOMON LAW GROUP LLC d/b/a GUARDIAN LAW ONLY

The plaintiff files the notice to advise the Court that the plaintiff and Kaila & Solomon Law Group LLC d/b/a Guardian Law have tentatively reached a settlement in this matter and hope to file appropriate dismissal paperwork within forty-five days. However, the case will continue against Clicktree LLC.

Date: June 26, 2025

                                          Counsel for Plaintiff:

                                          *s/ Anthony I. Paronich*_____
                                          Anthony I. Paronich, *Pro Hac Vice*
                                          **PARONICH LAW, P.C.**
                                          350 Lincoln Street, Suite 2400
                                          Hingham, MA 02043
                                          Tel: (617) 485-0018
                                          Fax: (508) 318-8100
                                          anthony@paronichlaw.com