# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| WESLEY NEWMAN, on behalf of himself and others similarly situated, | :<br>: CIVIL ACTION FILE NO. 1:25-<br>: 1471 |
| Plaintiff, | : |
| v. | : |
| KAILA & SOLOMON LAW GROUP LLC<br>d/b/a GUARDIAN LAW<br><br>AND<br><br>CLICTREE LLC | : |
| Defendants. | : |

## NOTICE OF DISMISSAL AS TO KAILA
## & SOLOMON LAW GROUP LLC d/b/a GUARDIAN LAW ONLY

The plaintiff files the notice of dismissal pursuant to Fed. R. Civ. P. 41(a) as to Kaila & Solomon Law Group LLC d/b/a Guardian Law. The dismissal is with prejudice. However, the case will continue against Clicktree LLC.

Date: August 15, 2025

                                Counsel for Plaintiff:

                                *s/ Anthony I. Paronich*
                                Anthony I. Paronich, *Pro Hac Vice*
                                **PARONICH LAW, P.C.**
                                350 Lincoln Street, Suite 2400
                                Hingham, MA 02043
                                Tel: (617) 485-0018

Fax: (508) 318-8100
anthony@paronichlaw.com