IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WESLEY NEWMAN ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED, | : : : : : |
| Plaintiff, | : : |
| v. | : CIVIL ACTION NO. |
| | : 1:25-CV-01471-WMR |
| ClicTree LLC, | : : |
| Defendant. | : : : |

## **ORDER**

This case is currently before the Court on a *sua sponte* review of the case status. Plaintiff filed his Complaint in this matter on March 20, 2025. Service was executed on April 1, 2025. Defendant filed a Motion to Dismiss [Doc 10] and the Court Dismissed the Motion as being improperly filed as Limited Liability Companies must have legal counsel represent them and may not represent themselves [Doc 19]. Defendant has failed to file any additional answer or defenses amd Plaintiff has not moved for default.

The Court **ORDERS** Plaintiff to **SHOW CAUSE** why he has not diligently pursued this matter. Plaintiff is **DIRECTED** to file by January 28, 2026, either: (1) a properly supported motion for entry of default judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, or (2) a notice explaining why he is

2

not seeking default judgment at this time. A failure to comply with this directive will indicate that Plaintiff does not intend to prosecute this matter, and the Court will dismiss this action accordingly pursuant to Local Rule 41.3A(2), NDGa.

**IT IS SO ORDERED** this 14th day of January, 2026.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE